IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIGAIL COMSTOCK,<br><br>            Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO, Commissioner of<br>Social Security;<br><br>            Defendant. | **8:26CV130**<br><br><br>**ORDER** |

Due to a clerical error, this case was assigned to Magistrate Judge Jacqueline DeLuca in addition to Senior District Judge Joseph Bataillon.

Accordingly, IT IS ORDERED that Magistrate Judge Jacqueline DeLuca be removed from the case. This case remains assigned to Senior District Judge Joseph F. Bataillon for disposition.

Dated this 31st day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge